IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## PRAECIPE

TO:  Peter T. Dalleo
     Clerk of the Court
     U.S. District Court
     844 King Street
     Wilmington, DE 19801

PLEASE ISSUE Alias SUMMONS to the Sheriff of KENT COUNTY to serve copies of the within Complaint and related documents upon the defendants J. B. Hunt Transport, Inc., c/o its registered agent, CSC of Gwinnett County, Inc., 40 Technology Parkway, S. #300, Norcross, GA 30092, and James W Reed, 442 Ford Road, Vicksburg, MS 39180, by serving Secretary of State of Delaware, Townsend Building, P.O. Box 898, Dover, Delaware 19903, pursuant to 10 Del. C. §3112.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
Attorneys for Plaintiff

Dated: December 20, 2006

DB02:5566907.1                                                              065467.1001