IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. COCHRAN, JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 106-CV-000697 JJF |
| ) | |
| v. ) | NON-ARBITRATION CASE |
| ) | |
| JAMES W. REED and ) | |
| J. B. HUNT TRANSPORT, INC., ) | TRIAL BY JURY DEMANDED |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF NON-RECEIPT OF NOTICE
PURSUANT TO 10 DEL. C. § 3112

STATE OF DELAWARE    )
                     )  SS.
NEW CASTLE COUNTY    )

BE IT REMEMBERED, that on this 6th day of February, 2007, personally appeared before me, a Notary Public for the State and County aforesaid, the deponent, TIMOTHY E. LENGKEEK, who deposed and stated as follows:

1. I am an attorney with the law firm of Young, Conaway, Stargatt & Taylor, attorneys for the plaintiff in this action.

2. The defendant, James W. Reed, is a non-resident of the State of Delaware. The last-known registered address of defendant James Reed is 442 Ford Avenue, Vicksburg, MS 39180.

3. Attached hereto as Exhibit "A" is a copy of the usual receipt given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the notice prescribed in 10 Del. C. § 3112.

4. Attached hereto as Exhibit "B" is the original envelope of the undelivered article containing the said Notice referred to in Paragraph 3 of this Affidavit.

5. The date upon which the said envelope containing the said Notice was mailed by Registered Mail to defendant James Reed at 442 Ford Avenue, Vicksburg, MS 391890 was December 29, 2006. On or about January 30, 2007, the envelope containing the said Notice was returned to the sender, with the notation "Unclaimed."

6. The said Notice provided for in 10 Del. C. § 3112 was contained in the envelope at the time it was mailed and is still contained therein.

_____
TIMOTHY E. LENGKEEK (No. 4116)

SWORN TO AND SUBSCRIBED before me, a Notary Public, the day and year aforesaid.

_____ (SEAL)
Notary Public
My Commission Expires:

KAREN C. KOCHANSKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 19, 2008

EXHIBIT A

| Registered No. RA906 772 775 US | | Date Stamp |
|---|---|---|
| Reg. Fee $8.00 | | DEC 29 |
| Handling Charge | Return Receipt 1.85 | |
| Postage 2.03 | Restricted Delivery | |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance<br>☐ Without Postal Insurance | |

OFFICIAL USE

FROM: Timothy Lengkeek, ESQ
YCS&T
1000 West Street, 17th Floor
Wilmington, De 19801

TO: James W. Reed
442 Ford Road
Vicksburg, MS 39180

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>James W. Reed<br>442 Ford Road<br>Vicksburg, MS  39180 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | RA906 773 775 US |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |



Timothy E. Lengkeek, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
P.O. Box 391
Wilmington, Delaware 19899-0391



UNCLAIMED

