IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | NON-ARBITRATION CASE |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT OF NON-RECEIPT OF NOTICE
PURSUANT TO 10 DEL. C. § 3112

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | SS. |
| NEW CASTLE COUNTY | ) | |

BE IT REMEMBERED, that on this 20th day of March, 2007, personally appeared before me, a Notary Public for the State and County aforesaid, the deponent, TIMOTHY E. LENGKEEK, who deposed and stated as follows:

1.    I am an attorney with the law firm of Young, Conaway, Stargatt & Taylor, attorneys for the plaintiff in this action.

2.    The defendant, James W. Reed, is a non-resident of the State of Delaware. The last-known registered address of defendant James Reed is 442 Ford Avenue, Vicksburg, MS 39180.

3.    Attached hereto as Exhibit "A" is a copy of the usual receipt given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the notice prescribed in 10 Del. C. § 3112.

4.    Attached hereto as Exhibit "B" is the original envelope of the undelivered article containing the said Notice referred to in Paragraph 3 of this Affidavit.

5.    The date upon which the said envelope containing the said Notice was mailed by Registered Mail to defendant James Reed at 442 Ford Avenue, Vicksburg, MS  391890 was February 6, 2007.  On or about March 13, 2007, the envelope containing the said Notice was returned to the sender, with the notation "Unclaimed."

6.    The said Notice provided for in 10 Del. C. § 3112 was contained in the envelope at the time it was mailed and is still contained therein.

_____
TIMOTHY E. LENGKEEK (No. 4116)


SWORN TO AND SUBSCRIBED before me, a Notary Public, the day and year aforesaid.

_Karen C Kochanski_ (SEAL)
Notary Public
My Commission Expires: _____
KAREN C. KOCHANSKI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 19, 2008

DB02:5856684.1                                                                065467.1001

EXHIBIT A

| Registered No. | | | Date Stamp |
|---|---|---|---|
| RA 906 772 682 US | | | |
| Reg. Fee *7.90* | | Return Receipt *1.85* | |
| Handling Charge | | | |
| Postage *3.03* | | Restricted Delivery | |
| Received by | | | |

To Be Completed By Post Office

Customer Must Declare Full Value $     ☐ With Postal Insurance    ☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse.)

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM J. Lengkeek, ESQ
YCS&T
1000 West Street
Wilmington, De, 19801

TO MR. James Reed
442 Ford Road
Vicksburg, MS 39180

PS Form **3806**,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT B



**SENDER:** *COMPLETE THIS SECTION*

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. JAMes Reed
442 FORD Road
Viksburg, MS 39180

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☑ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   R A Q 0 6  7 7 2  6 8 2  US

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540











To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

| TO | FROM |
|---|---|

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)     Copy 2 - Post Office

Registered No.

Reg. Fee

To Be Completed
By Post Office

Handling
Charge                Return
Receipt

Postage               Restricted
Delivery

Received by

Customer Must Declare
Full Value $

☐ With Postal
Insurance

☐ Without Postal
Insurance

Date Stamp?

WILLINGTON, E REGISTERED
USPS

*Domestic Insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.

UNCLAIMED

Rec'd
2/12/07

FP TLENG
CORR      DR        NOTES
         INV

MAR 13 2007

BILLS        EMS      EMPL
DISB         FWD FWD  LAB
  DR         CORR

Hasler
US POSTAGE
$ 12.780
02/06/2007
Mailed From 19801
0161425610140