IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

Timothy E. Lengkeek, Esquire, hereby certifies that on April 11, 2007, Plaintiffs' Rule 26 Initial Disclosures was served on the following person by attaching it to this Notice and electronically filing the Notice and mailing the Notice and Rule 26 Initial Disclosures, via First Class U.S. Mail, postage prepaid:

Delia Ann Clark Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
tlengkeek@ycst.com
Attorneys for Plaintiff
Dated: April 11, 2007