IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. COCHRAN, JR., | ) |
| | ) |
| Plaintiff, | ) C.A. No.: 06-697 JJF |
| | ) |
| v. | ) |
| | ) |
| JAMES W. REED and | ) |
| J. B. HUNT TRANSPORT, INC., | ) TRIAL BY JURY DEMANDED |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

I, Timothy E. Lengkeek, Esquire, hereby certify that on this 6TH day of August, 2007, I caused copies of the foregoing documents, Plaintiff's First Set of Interrogatories to Defendants (Amended), Plaintiff's First Request for Production Directed to Defendants (Amended) and this Notice, to be served on the following individual, in the manner indicated below:

**BY HAND DELIVERY**

Delia Ann Clark Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
tlengkeek@ycst.com
Attorneys for Plaintiff