IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. COCHRAN, JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-697 JJF |
| ) | |
| v. ) | |
| ) | |
| JAMES W. REED and ) | |
| J. B. HUNT TRANSPORT, INC., ) | TRIAL BY JURY DEMANDED |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I, Timothy E. Lengkeek, Esquire, hereby certify that on this 12th day of October, 2007, I caused copies of the foregoing documents, Plaintiff's Rule 26 (a)(2) Expert Disclosures and this Notice, to be served on the following individual, in the manner indicated below:

**BY HAND DELIVERY**

Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       Timothy E. Lengkeek (No. 4116)
       The Brandywine Building
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, Delaware 19899-0391
       Telephone: (302) 571-6605
       Facsimile: (302) 576-3308
       tlengkeek@ycst.com
       Attorneys for Plaintiff