IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Timothy E. Lengkeek, Esquire, hereby certify that on this 30th day of October, 2007, I caused copies of the foregoing documents, Plaintiff's Responses to Defendants' Interrogatories, Plaintiff's Responses to Defendants' Request for Production of Documents, and this Notice, to be served on the following individual, in the manner indicated below:

**BY HAND DELIVERY**

Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Timothy E. Lengkeek*

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
tlengkeek@ycst.com
Attorneys for Plaintiff