IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO IDENTIFY AN ECONOMIC EXPERT

Plaintiff, by and through his undersigned counsel, hereby move to extend the deadline for

Plaintiff to identify an economic expert through and including November 30, 2007:

1.    This Court entered a case scheduling order requiring that Plaintiff produce report

or retain experts required by Federal Rules of Civil Procedure 26(a)(2) by October 12, 2007.

The Plaintiff produced a report from Plaintiff's treating physician, Dr. Cucazella, regarding the

nature and extent of claimant's injuries.

2.    The Plaintiff was deposed on October 31, 2007. During his deposition, the

Plaintiff testified that he will not be returned to his reserve unit in the United States Marines due

to disability resulting from the accident at issue in this case. Although the Marines have not

completed the paperwork discharging him for medical reasons, Plaintiff testified that he expects

to be discharged soon.

065467.1001

3.    Plaintiff's counsel now seeks leave from the Court for 30 days to retain and disclose an economic report from the claimant for lost wages arising out of his inability to return to his unit in the Marines.

4.    Pursuant to Delaware Local Rule 7.1.1, Plaintiff's counsel requested that defense counsel agree to the relief sought in this motion. Defense counsel declined to do so.

5.    There is no prejudice to the Defendants as Plaintiff's counsel will provide the economic report to Defense counsel in advance of Defense's counsel deadline to disclose its experts. In the unlikely event Defense counsel obtains a rebuttal economic report, Plaintiff's counsel submits that the Defense's deadline to do so could be extended to accommodate Plaintiff's request. There is currently no trial date scheduled and the pre-trial conference is not scheduled to occur until April 10, 2008.

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

Timothy E. Lengkeek (#4116)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6605 (telephone)
(302) 576-3308 (fax)
tlengkeek@ycst.com
*Attorney for Plaintiff*

Dated: 11/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Timothy E. Lengkeek, Esquire, hereby certify that on this 2 day of Nov . 2007, I caused copies of the

foregoing document, Plaintiff's Motion to Extend Deadline to Identify an Economic Expert, Proposed Order

and this Certificate, to be served on the following individual, in the manner indicated below:

**BY HAND DELIVERY**

Delia Ann Clark, Esquire
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6605
Facsimile: (302) 576-3308
tlengkeek@ycst.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the Plaintiff's motion and any response thereto, it is hereby ordered that Plaintiff

has until November 30, 2007 to produce an economic report related to the Plaintiff's partial wage

loss.


IT IS SO ORDERED, this _____ day of _____, 2007.


_____
Judge