**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | : | |
| Plaintiff, | : | C.A. No.  1:06 cv 00697(JFF) |
| | : | |
| v. | : | |
| | : | |
| J.B. HUNT TRANSPORT, INC. | : | |
| and  JAMES W. REED, | : | |
| Defendants. | : | |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of  Jon Michael Dumont, Esquire to represent the defendants, James reed and J.B.

Hunt Transport Services, Inc.  in the above action.

RAWLE & HENDERSON LLP


By: ___ */s/Delia A. Clark*_____
Delia A. Clark, No. 3337
300 Delaware Avenue, Suite 1015
Wilmington, DE  19801
302-654-0500
Attorney for Defendants,
James Reed and J.B. Hunt Transport
Services, Inc.

DATED:

**ORDER**

It is hereby ORDERED counsel's motion for admission pro hac vice  is granted.


_____
J.


DATED:


2199457-1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion and Order for

Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> was served upon the below-listed counsel of record this _____ day of

_____, 2007, by  First Class U.S. Mail, postage prepaid:

Timothy E. Lengkeek<br>
YOUNG, CONAWAY, STARGATT & TAYLOR<br>
1000 West Street, 17th Floor<br>
PO Box 391<br>
Wilmington, DE  19899-0391

RAWLE & HENDERSON LLP


By: _____/s/ *Delia A. Clark*_____
    Delia A. Clark, No. 3337
    300 Delaware Avenue, Suite 1015
    Wilmington, DE  19801
    302-654-0500
    Attorney for Defendant,
    Reliance Standard Insurance
    Company

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

JOSEPH A. COCHRAN, JR.,          :
        Plaintiff,          :        C.A. No.  1:06 cv 00697(JFF)
                             :
        v.                  :
                             :
J.B. HUNT TRANSPORT, INC.       :
and  JAMES W. REED,          :
        Defendants.        :

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bars of the Commonwealth of

Pennsylvania, the State of New York and the State of New Jersey and the United States District

for the District of eastern Pennsylvania, Middle District of Pennsylvania, Western District of

Pennsylvania, the Southern District of New York, the Northern District of New York, the

Eastern District of New York, the Western District of New York and the District of New Jersey,

for the pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any

alleged misconduct which occurs in the preparation or course of this action.  I also certify I am

generally familiar with this Court's Local Rules.

RAWLE & HENDERSON LLP


By: ____*/s/ Jon M. Dumont*_____
        Jon. M. Dumont
        Rawle & Henderson, LLP
        The Widener Building
        One South Penn Square
        Philadelphia, PA 19107
        (215) 575-4200


DATED:

2199457-1