IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. COCHRAN, JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No.: 06-697 JJF |
| ) | |
| v. ) | |
| ) | |
| JAMES W. REED and ) | |
| J. B. HUNT TRANSPORT, INC., ) | TRIAL BY JURY DEMANDED |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2007, a copy of the foregoing was served electronically and by first class mail, to the following parties:

Delia Ann Clark, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Ste. 1015
PO Box 588
Wilmington, DE 19899-0588

                                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                Timothy E. Lengkeek (#4116)
                                The Brandywine Building
                                1000 West Street, 17th Floor
                                P. O. Box 391
                                Wilmington, DE 19899-0391
                                (302) 571-6606
                                Attorneys for Plaintiffs

Dated: November 30, 2007