| | |
|---|---|
| DELIA A. CLARK<br>215-575-4291<br>dclark@rawle.com | 300 DELAWARE AVENUE<br>SUITE 1015, P.O. BOX 588<br>WILMINGTON, DE 19899-0588<br><br>TELEPHONE:(302) 778-1200<br>FACSIMILE:(302) 778-1400 |

December 3, 2007

U.S. District Court for the District of Delaware
844 North King Street
Room 4209
Wilmington, DE 19801

      RE:    Cochran, Jr. v. J.B. Hunt Transport, Inc., et al
             Civil Action No. 1:06 cv 00697
             Our File No, 301, 204

Dear Sir/Madam:

Please be advised that the defendant's withdraw the Motion to Compel filed on October 21, 2007 and docket entry number 21.

Thank you for your attention in this regard.

Very truly yours,

RAWLE & HENDERSON LLP

*Delia Clark*

By:
      Delia A. Clark

DAC/slb

Enclosure

cc: Timothy E. Lengkeek, Esquire (w/encl.)

2215427-1