IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. COCHRAN, JR., <br>     Plaintiff, <br><br> v. <br><br> J.B. HUNT TRANSPORT, INC. <br> and JAMES W. REED, <br>     Defendants. | : <br> :    C.A. No. 1:06 cv 00697 <br> : <br> : <br> : <br> : <br> : <br> : |

### NOTICE OF SERVICE

I, Delia A. Clark, Esquire, hereby certify that on November 28, 2007, a Subpoena for the deposition of Phillip Dillard to take place on December 5, 2007 at 10:00 a.m., was served upon Mr. Dillard at his place of residence. This Notice of Service is being served on the following individual, in the manner indicated below:

Via Facsimile and E-Mail
Timothy E. Lengkeek, Esquire
The Bradywine Building
100 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

                       RAWLE & HENDERSON, LLP

                       BY: _____
                       DELIA A. CLARK
                       Rawle & Henderson, LLP
                       300 Delaware Avenue, Suite 1015
                       P.O. Box 588
                       Wilmington, DE 19899-0588
                       dclark@rawle.com
                       Attorney for Defendant