IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**ORDER**

Having considered the Plaintiff's Motion for a Protective Order to Adjourn the Deposition of Phillip Pillard until Defendants produce his non-privileged statement, it is this 5th day of December, 2007, **ORDERED** that such Motion is hereby GRANTED.

_____
J.