# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TIMOTHY E. LENGKEEK
DIRECT DIAL: (302) 571-6605
DIRECT FAX: (302) 576-3308
tlengkeek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

BUNKER HILL CENTRE II
102 SLEEPY HOLLOW DRIVE
SUITE 105
MIDDLETOWN, DELAWARE 19709
(302) 449-1338

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

December 5, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    Joseph A. Cochran, Jr. v. James W. Reed and J.B.
               Hunt Transport, Inc.
               C.A. No.: 06-697 JJF

Dear Judge Farnan:

      Enclosed for Your Honor is a proposed form of order in the above-captioned case regarding the Plaintiff's Motion for a Protective Order. By copy to defense counsel, I am advising her that Your Honor intends to grant Plaintiff's motion.

                                          Respectfully,

                                          Timothy E. Lengkeek

TL:jom
cc: Clerk of the Court
    Delia Ann Clark, Esquire