# RAWLE & HENDERSON LLP



DELIA A. CLARK
215-575-4291
dclark@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

January 14, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

    Re:    Cochran v. J.B. Hunt Transport, Inc., *et al.*
            D/L: 10/30/04
            Your Claim No.: A0406685
            Our File No.:   301204

Dear Judge Farnan:

Please accept this letter as a joint request to have the above matter referred to Judge Stark for Mediation. The parties herein agree that this case can be possibly resolved through Mediation.

Thank you for kind consideration in this regard.

Respectfully submitted,

RAWLE & HENDERSON LLP

By:
    Delia A. Clark

DAC/slb

cc:    Timothy E. Lengkeek, Esquire