IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH A. COCHRAN, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-697-JJF |
| J.B. HUNT TRANSPORT, INC., et al., | : |
| Defendants. | : |

**O R D E R**

WHEREAS, counsel jointly requests that the above matter be referred for Mediation (D.I. 40);

WHEREAS, the Court believes mediation in this matter would be beneficial to the parties;

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Stark for the purposes of exploring the possibility of a settlement.  The parties shall contact Magistrate Judge Stark to schedule a settlement conference so as to be completed no later than the Pretrial Conference or a date ordered by the Court.

January 17, 2008
DATE

UNITED STATES DISTRICT JUDGE