IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Joseph A. Cochran, Jr.,
              Plaintiff,   :
                                       :
v.                                    :   Civ. No. 06-697-JJF
                                       :
JB Hunt Transport, Inc. and
James W. Reed,                :
                                       :
              Defendants.  :

## ORDER

At Wilmington this **18th** day of **March, 2008**,

IT IS ORDERED that a status teleconference has been scheduled for **March 26th, 2008 at 9:00 a.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE