# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TIMOTHY E. LENGKEEK
DIRECT DIAL: (302) 571-6605
DIRECT FAX: (302) 576-3308
tlengkeek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

BUNKER HILL CENTRE II
102 SLEEPY HOLLOW DRIVE
SUITE 105
MIDDLETOWN, DELAWARE 19709
(302) 449-1338

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 28, 2008

The Honorable Joseph J. Farnan, Jr.
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Re:   Joseph Cochran v. J.B. Hunt, C.A. No.: 06-697 JJF

Dear Judge Farnan:

The plaintiff is pleased to report that this case has settled through mediation with Judge Stark. As such, the Pre-Trial Conference scheduled for April 10, 2008 at 4:30 p.m. can be removed from the Court's calendar. Undersigned counsel is available should Your Honor have any questions or concerns.

Respectfully,

Timothy E. Lengkeek

TL:jom
cc:  Clerk of the Court
     Delia A. Clark, Esquire
     Joseph Cochran

DB02:6701859.1

065467.1001