IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH A. COCHRAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 06-697 JJF |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES W. REED and | ) | |
| J. B. HUNT TRANSPORT, INC., | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

It is hereby stipulated and agreed by and between counsel of record for the parties herein that the above-captioned matter be dismissed with prejudice.

_____
Timothy Lengkeek, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street - 17th Floor
Wilmington, DE 19801
(302)571-6605
Attorney for Plaintiff

_____
Delia A. Clark, Esq.
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
(302) 778-1200
Attorney for Defendants

2359373-1